09-11490                       **Chapter 13 Plan (Individual Adjustment of Debts)**

| | |
|---|---|
| DEBTOR: | Marilyn Williams        S.S.#xxx-xx-1492 |
| ADDRESS: | 926 Locust Dr. |
| | Brownsville, TN 38012 |
| PLAN PAYMENT: | Debtor(s) to pay $125.00 monthly. Direct |
| PAYROLL DEDUCTION: | |
| | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. |
| NOTICE TO CREDITORS: | Claims not filed with the 90-day bar date of Bankruptcy Rule 3002 may be disallowed. Debtor(s) may pay post-petition claims and post-petition arrears on home mortgages and long-term debts under the plan. |
| VEHICLE INSURANCE: | Automobiles and trucks fifteen years old or less will be insured by Midland Risk Insurance except when proof of insurance is provided to the Chapter 13 Trustee by the Debtor(s). |

                                                                                             Value         Interest        Payment

VEHICLE INSURANCE PREMIUM ALLOWANCE:

PRIORITY UNSECURED CLAIMS:

    NONE

HOME MORTGAGE CLAIMS:          If no arrearage, ongoing payments are to be paid directly by the debtor(s). {Retain lien 11 USC 1325(a)(5)(B); Not discharged}

    Washington Mutual Home Loans paid outside plan

LONG TERM SECURED CLAIMS: {Retain lien USC 1325(a)(5)(B); Not discharged}

SECURED CLAIMS:                 {Retain lien USC 1325(a)(5)(B); undersecured claims bifurcated reference 11 USC 506 and 1322(b)(2)}

    Avalon Financial Services 1998 Ford Contour Surrender

SPECIAL CLASS UNSECURED CLAIMS: {Not discharged}

    NONE

GENERAL UNSECURED CLAIMS: Trustee to determine the percentage to the unsecured creditors.
    *Avalon Financial Services; Asset Acceptance Corp.; Citifinancial Auto Corp.; John R. Cheadle Jr.; Professional Account Services; Verizon Wireless;

TERMINATION: Plan shall terminate upon payment of the above, approximately __60__ months.

DEBTOR'S ATTORNEY:         C. Jerome Teel, Jr. 016310
                                      Teel, McCormack and Maroney PLC
                                      425 East Baltimore
                                      Jackson, TN 38301
                                      (731)424-3315 rll