**Dated: May 13, 2009**
**The following is SO ORDERED.**

_____
G. Harvey Boswell
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**IN RE: MARILYN WILLIAMS**          **CHAPTER 13 CASE NO. 09-11490-GHB**

**DEBTOR(S)**

**ORDER ON EXPEDITED MOTION OF DEBTOR(S) TO IMPOSE STAY**
**UNDER SECTION 362(c)(4) AS TO ALL CREDITORS**

This matter came to be heard by the Court on the 30th day of April, 2009 on the Debtor's Expedited Motion to Impose Stay Under Section 362(c)(4) As to All Creditors. Notice was provided to the Trustee and Creditors. No objections were timely filed. The motion was granted.

**IT IS THEREFORE ORDERED:**

    a.) that the Automatic Stay be imposed for the duration of the Chapter 13 case Number 09-11490-H;
    b) That the Chapter 13 Plan Payments be adjusted accordingly;
    c) And that the debtors employer be notified of any change in the amount of Payroll deduction, if applicable;

**APPROVED BY:**

  /s/ C. Jerome Teel Jr.
**Prepared by: C. Jerome Teel, Jr. #016310**
**Attorney for Debtor(s)**
**425 E. Baltimore St.**
**Jackson, TN 38301**
**731-424-3315 (telephone)**
**731-424-3501 (fax)**

/s/ Timothy H. Ivy
**Chapter 13 Trustee**

### CERTIFICATION OF DEBTOR(S)

1/We, Debtor(s) declare under penalty of perjury that I/We have read the statements contained in the foregoing motion and that they are true and correct to the best of my/our knowledge.

/s/ Marilyn Williams                    /s/
**Debtor**                                **Debtor**
**4/14/09**

### CERTIFICATE OF SERVICE

I, C. Jerome Teel, Jr., Counsel for the Debtor, do hereby certify that a copy of the foregoing Order on Expedited Motion of Debtor(s) to Impose the Extended Automatic Stay has been mailed to: Marilyn Williams, 926 Locust Dr., Brownsville, TN 38012 on May 8, 2009. Chapter 13 Trustee: POB 1313, Jackson, TN 38302. Creditors: the matrix.

/s/ C. Jerome Teel, Jr.

**C. Jerome Teel, Jr., #016310**
**425 E. Baltimore Street**
**Jackson, TN 38301**
**Phone: (731) 424-3315**
**Fax: (731) 427-6981**

**(Lso)**